IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GREGORY DENORRIS
WILLIAMSON,

   Plaintiff,

  v.

NANCY A. BERRYHILL
Acting Commissioner of Social
Security,

   Defendant.

CIVIL ACTION FILE
NO. 1:17-CV-2684-TWT

**ORDER**

This is an action seeking review of a decision by the commissioner granting the Plaintiff's application for disability benefits. It is before the Court on the Report and Recommendation [Doc. 16] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss [Doc. 7] for failure to exhaust administrative remedies. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 7] is GRANTED. This action is DISMISSED.

SO ORDERED, this 11 day of May, 2018.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge